UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

William K. Robinson,

Plaintiff

v.

Stephen B. Wolfson, *et al.*,

Defendants

Case No.: 2:15-cv-00556-JAD-PAL

**Order Adopting Report and Recommendation [ECF 5]**

Magistrate Judge Peggy Leen entered a report and recommendation on September 21, 2015, recommending that I dismiss Robinson's complaint for failure to comply with this court's previous order. ECF 5. Objections were due by October 8, 2015, and Robinson has not filed an objection. LR IB 3–2.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[ECF 5]** is **ACCEPTED** and her findings and conclusions are adopted;

It is further ORDERED that Robinson's complaint is **DISMISSED**. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED October 9, 2015.

_____
Jennifer A. Dorsey
United States District Judge